## Lessee of THOMAS RICKETS *against* HENDERSON and another.

IN ERROR.

EJECTMENT in the Common Pleas of *Huntingdon*.

The defendants offered in evidence below, two entries upon the docket of the Common Pleas, purporting that on the 9th of *September* 1791, a motion was made to take the sheriff's acknowledgment of a deed to *Andrew Henderson*, one of the defendants, for 400 acres of land, sold as the property of *Edward Rickets*; that it was opposed by the counsel of *Rickets*, and continued to *December* Term; and that on the 9th of *December* 1791, the sheriff came into Court and acknowledged the deed to *Henderson*, bearing date the 6th of *September* 1791. They also offered in evidence the deed itself, purporting to have been sealed and delivered in the presence of *Thomas Smith* and *John Canan*, with a certificate of the acknowledgment under the seal of

A prothonotary's certificate of the acknowledgment in open Court of a deed to himself by the sheriff, and his entries of the acknowledgment upon record, are evidence in his own cause.

the Court, and signed by *Henderson* the grantee. It was admitted that the entries were in the hand writing of *Henderson*, who was at the time Prothonotary of the Common Pleas of *Huntingdon*, and that *Thomas Smith*, one of the witnesses, was at the date of the deed and its acknowledgment, President of the Court. The plaintiff objected to the evidence; but the Court admitted it, and sealed a bill of exceptions.

*S. Riddle* for the plaintiff in error, contended that the entries and certificate were inadmissible, upon the same principle that a man cannot be a judge in his own cause, and that a commissioner who has a cause depending, cannot join in the selection of jurors. When the prothonotary is interested, one of the Court should make the entry and attest it.

*Huston* contra. The law has made no provision for substituting any person in the place of the prothonotary, and therefore the entry and certificate of any other person might be questioned. The prothonotary is not in the situation of a judge; he exercises no discretion, but is the mere organ of the Court.

TILGHMAN C. J. It is the opinion of the Court, that the deed to *Henderson* was properly received in evidence. A man cannot be judge in his own cause, because his interest may influence his judgment. A commissioner shall not select a jury for the same reason; his interest may influence his mind in making the selection. But the prothonotary exercises no judgment or deliberation; he barely records the acts of the Court; and we consider the entry on the record, as being made by direction of the Court, and in fact as the act of the Court. The judgment is therefore to be affirmed.

Judgment affirmed.